**1076**

**COMMISSIONER OF INTERNAL REVENUE v. Sophia WEIL, Adm'x of Estate of Joseph Weil, Deceased.**

No. 5874.

Circuit Court of Appeals, Sixth Circuit.
June 9, 1931.

C. M. Charest, of Washington, D. C., for petitioner.

Gaylord Debout, of Detroit, Mich., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed, and cause remanded for further proceedings in accordance with stipulation.

**In the Matter of Petition of Hichko DANOFF for Writ of Habeas Corpus.**

No. 5922.

Circuit Court of Appeals, Sixth Circuit.
April 8, 1931.

John G. Romanoff, of Detroit, Mich., for petitioner.

J. G. McIntosh, Asst. U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed by court order, pursuant to stipulation of counsel.

**EUROPAISCHER VERBAND DER FLASCHENFABRIKEN v. OWENS BOTTLE CO. et al.**

No. 5739.

Circuit Court of Appeals, Sixth Circuit.
May 13, 1931.

Peck, Shaffer & Williams, of Cincinnati, Ohio, and Fraser, Hiett, Wall & Effler, of Toledo, Ohio, for appellant.

Geddes, Schmettau, Williams, Eversman & Morgan and Tracy, Chapman & Welles, all of Toledo, Ohio, and Boyd, Cannon, Brooks & Wickham, of Cleveland, Ohio, for appellees.

PER CURIAM.

Judgment of District Court affirmed by court order, pursuant to agreement of the parties.

**FEDERAL GAS & FUEL CO. v. CITY OF COLUMBUS, OHIO.**

No. 5065.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1931.

See, also, 42 F.(2d) 379; 17 F.(2d) 630.

Eagleson & Laylin and John F. Wilson, all of Columbus, Ohio, for appellant.

Charles A. Leach and James M. Butler, both of Columbus, Ohio, for appellee.

PER CURIAM.

Appeal dismissed, with instructions to dismiss bill of complaint without prejudice.

**Alfred FOSTER et al. v. UNITED STATES of America.**

No. 5955.

Circuit Court of Appeals, Sixth Circuit.
June 9, 1931.

David Himmelstein, of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.